DAVID BARRON, ESQ.
Nevada Bar No. 142
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
BARRON & PRUITT, LLP
3890 West Ann Road
North Las Vegas, Nevada 89031
Phone: (702) 870-3940
Fax: (702) 870-3950
E-Mail: dbarron@lvnvlaw.com
jsliker@lvnvlaw.com
*Attorneys for Defendant*
*Team D Auto Sales, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| NORMA COON, individually, | Case No.: 2:11-cv-01018-LDG-GWF |
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANT TEAM D AUTO SALES, LLC'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT** |
| JAMIE R. PULLMAN, individually; TEAM D AUTO SALES, LLC, a Utah Limited Liability Company; DOES I through X, inclusive, and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

This matter having come before the Court and the Court having reviewed the pleadings and papers on file herein, noting no opposition having been filed, and further good cause appearing, the Court finds as follows:

1. The settlement, as detailed in the settlement documents submitted to the Court *in camera*, entered into between Defendant TEAM D AUTO SALES, LLC and Plaintiff NORMA COON is just, fair, reasonable and is entered into in good faith;

2. Any and all present and future claims, third-party claims and cross-claims for contribution, equitable or implied indemnity that arise out of and/or related to the motor vehicle accident occurring on or about February 13, 2012 at issue in this litigation are hereby dismissed with prejudice as to Defendant TEAM D AUTO SALES, LLC only; and

4. Any and all present or future claims, third-party claims, cross-claims or counter-claims against Defendant TEAM D AUTO SALES, LLC for contribution and/or equitable or implied indemnity arising out of and/or related to the motor vehicle accident occurring on or about February 13, 2012 at issue in this litigation are hereby barred pursuant to NRS 17.245.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendant TEAM D AUTO SALES, LLC'S Motion for Determination of Good Faith Settlement in Case No. 2:11-cv-01018 is granted. All parties will bear their own fees and costs.

DATED this __1__ day of __Nov__, 2012.

_____
U.S. District Court Judge

Submitted by:

BARRON & PRUITT, LLP

_____
DAVID BARRON, ESQ.
Nevada Bar No. 0142
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Defendant Team D Auto Sales, LLC*

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

- 2 -