UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NORMA COON,<br><br>         Plaintiff,<br><br>v.<br><br>JAMIE R. PULLMAN, et al.,<br><br>         Defendants. | 2:11-cv-1018-LDG-CWH |

THE COURT HEREBY ORDERS that, within 30 days of the filing of this order, each remaining party in this litigation shall file a report on the status of the case and any reason why the case should not proceed to trial. Failure to file the status report shall result in a dismissal or default against the party.

DATED this ___ day of September, 2014.

_____
Lloyd D. George
United States District Judge