Jospeh F. Schmitt, Esq.
Nevada Bar No. 9681
GLEN LERNER INJURY ATTORNEYS
4795 South Durango Drive
Las Vegas, Nevada 89147
Phone: (702) 877-1500
Fax: (702) 933-7043
E-mail: jschmitt@glenlerner.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NORMA COON, individually, | CASE NO. 2:11-cv-01018-LDG-GWF |
| Plaintiff, | |
| vs. | **PLAINTIFF'S STATUS REPORT** |
| JAMIE R. PULLMAN, et al., | AND ORDER |
| Defendants. | |

      Plaintiff NORMA COON ("Coon"), by and through her undersigned counsel of record, files this Status Report in response to the Court's Order filed September 8, 2014 (Dkt. 57).

      1.    Coon sued Defendants JAMIE R. PULLMAN ("Pullman") and TEAM D AUTO SALES, LLC ("Team D") in the Eighth Judicial District Court, Clark County, Nevada, on May 10, 2011, Case No. A-11-640972-C. *See* Petition for Removal from the District Court of Nevada to United States District Court for the District of Nevada filed June 21, 2011 (the "Petition for Removal") (Dkt. 1).

      2.    Team D filed its Petition for Removal in this Court on June 21, 2011. *Id*.

      3.    Coon filed her Amended Complaint on October 25, 2011 (Dkt. 22), adding Defendant JOE EVANS ("Evans") as a Defendant.

      4.    Following Coon's Amended Complaint, the only named Defendants in this action are Pullman, Evans, and Team D.

      5.    Pullman was incercerated at Purgatory Jail, 750 South 5300 West, Hurricane, Utah 84737 as of December 7, 2011 (Dkt. 34-2). The undersigned has had no contact with Pullman since that date.

. . .

6. Pullman never filed an Answer or otherwise appeared in this action. *See generally*, Docket.

7. Evans died on February 17, 2012, and Evan's attorney, Michael I. Gowdey, Esq., filed his Motion to Withdraw as Counsel of Record for Deceased Defendant Joe Evans on June 1, 2012 (Dkt. 47).

8. The Court granted Mr. Gowdey's Motion to Withdraw on June 14, 2012 (Dkt. 51).

9. Coon settled with Team D, and Team D was dismissed from this action with prejudice pursuant to the Stipulation and Order filed October 30, 2013 (Dkt. 55).

10. The undersigned cannot obtain signatures from the remaining Defendants Evans or Pullman to file a stipulated dismissal.

For the reasons set forth above, Coon respectfully requests the Court dismiss her claims against the remaining Defendants Evans and Pullman, with each party to bear their own attorney's fees and costs.

                                        GLEN LERNER INJURY ATTORNEYS

                                        By:     /s/ Joseph F. Schmitt
                                              Joseph F. Schmitt, Esq.
                                              Nevada Bar No. 9681
                                              4795 South Durango Drive
                                              Las Vegas, Nevada 89147
                                              Attorneys for Plaintiff

                                                  ORDER

IT IS SO ORDERED that the claims against remaining Defendants Evans and Pullman are dismissed with each party to bear their own attorey's fees and costs.

DATED this 10 day of October, 2014.

                                                  Lloyd D. George
                                                  Sr. U.S. District Judge